UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 8 2015

David J. Bradley, Clerk

| | |  |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No.   M-14-841-S2 |
| | § | |
| GUSTAVO VARGAS-AGUILAR | § | |
| ANGEL MARTIN MEZA | § | |
| JENNIFER RODRIGUEZ | § | |
| ROBERTO CARLOS FLORES-GARCIA | § | |
| also known as "Comandante" | § | |
| OLGA LYDIA LIRA | § | 5/7/15/lc |
| aka: OLGA LIRA | | |

2nd SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES:

Count One

On or about May 16, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

GUSTAVO VARGAS-AGUILAR
ANGEL MARTIN MEZA
JENNIFER RODRIGUEZ
ROBERTO CARLOS FLORES-GARCIA
also known as "Comandante"
and
OLGA LYDIA LIRA aka: OLGA LIRA

knowing and in reckless disregard of the fact that individuals, who were aliens, had come to, entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors to transport and move said aliens within the United States in furtherance of such violation of law, that is from a location near La Joya, Texas, to another location near La Joya, Texas, by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

## Count Two

On or about May 16, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GUSTAVO VARGAS-AGUILAR**
**ANGEL MARTIN MEZA**
**JENNIFER RODRIGUEZ**
**ROBERTO CARLOS FLORES-GARCIA**
also known as "Comandante"
and
OLGA LYDIA LIRA aka: **OLGA LIRA**

knowing and in reckless disregard of the fact that Isias Aguilar-Perez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near La Joya, Texas, to another location near La Joya, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

## Count Three

On or about May 16, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**GUSTAVO VARGAS-AGUILAR**
**ANGEL MARTIN MEZA**
**JENNIFER RODRIGUEZ**
**ROBERTO CARLOS FLORES-GARCIA**
also known as "Comandante"
and
OLGA LYDIA LIRA aka **OLGA LIRA**

knowing and in reckless disregard of the fact that Elidio Flores-Lopez was an alien who had come to, entered, and remained in the United States in violation of law, did knowingly transport, move,

attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law, that is, from a location near La Joya, Texas, to another location near La Joya, Texas, by means of a motor vehicle, for the purpose of commercial advantage and private financial gain.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(i).

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY