U.S. Department of Justice
United States Attorney

United States District Court
Southern District of Texas
FILED

APR 28 2015

David J. Bradley, Clerk

Magistrate

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | GRAND JURY NO. 57 |
| V. | § | |
| | § | CRIMINAL NO. M-14-841-S2 |
| GUSTAVO VARGAS-AGUILAR, ET AL | § | |

## ORDER FOR BENCH WARRANT
## AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANT | AMOUNT OF BAIL |
|---|---|
| ROBERTO CARLOS FLORES-GARCIA<br>also known as "Comandante" | NO BOND |
| OLGA LIRA | NO BOND |

recv'd by
AUSA

ENTERED at McAllen, Texas, this 28th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE