HONORABLE RICARDO H. HINOJOSA, U.S. DISTRICT JUDGE PRESIDING
Courtroom Deputy Clerk: Alex De La Garza
Electronic Court Recording Operator: Tony Tijerina
INTERPRETER: C. De Pena    (used) not used)
USPO: Jimmy Lugo
TIME SET: 9:30    a.m. ~~p.m.~~

United States District Court
Southern District of Texas
FILED

JAN 2 3 2017

David J. Bradley, Clerk

A.M. 11:02 / 11:10    ~~P.M.~~ 11:30 / 11:46    DATE: January 23, 2017
(24 min)

CRIMINAL NO. M-14-841-S3    DEFT. 04

UNITED STATES OF AMERICA    )    LEO J LEO III AUSA
                            )
v.                          )
                            )
ROBERTO CARLOS FLORES-GARCIA )    MAURO BARREIRO CJA
aka Comandante

## SENTENCING

( )           New Sentencing Guidelines (NSG) case (11-1-14)
( )           Deft. failed to appear  bench warrant to issue (kloc)
(✓) ksen.     Sentencing held (BO=12+3=15=18+10=28+3=31-2-1=28 chc IV
( )           Court GRANTS Government's motion for downward departure.
( ) kpstr     Deft. withdraws plea of guilty    GRS: 110-137
(✓) SENTENCE:  120 months custody of the Bureau of Prisons.
    Ct. 1SSS  ( ) Court recommends Deft. be placed in an institution
              where he/she can receive any drug and/or alcohol abuse
              treatment and or counseling
              ( ) Court recommends Deft. be placed in an institution close
              to his/her family.
              (✓) Court recommends this sentence run concurrently /
              ~~consecutively~~ with sentence in State Court Case.

              No SRT years Supervised Release term to commence upon release
              from confinement ( ) without supervision if deported.
              ( ) A special condition of supervised release is that Deft.
              submit himself/herself to any drug and/or alcohol treatment
              and or counseling.

              $100.00 Special Assessment imposed on Ct(s): 1SSS
(✓)           Time to serve.
(✓) kdismcntgv Cts remaining dismissed on Government Motion
(✓)           REMANDED to custody of U. S. Marshal
( ) kosurr.   Deft. to surrender to U. S. Marshal on _____
( )           Deft. to surrender to designated institution
( )           Deft. to report to the U.S. Marshal on _____
              by _____ p.m. to be advised what institute and what date
              to surrender to.

OTHER PROCEEDINGS    (X) objections filed/urged

(✓) Court advised Defendant of his/~~her~~ right to appeal.